## LAMBERT vs. MOORE.

Appeal bro't without a citation, dismissed.

APPEAL. The transcript of the record was filed, but no citation was returned, therefore the appeal was dismissed; the act of 1807, ch. 1, sect. 20, making it the duty of the appellant to return the petition of appeal, the transcript of the proceedings, *with* the citation on the return day.

   It was said the same decision had taken place, in the cases of *M'Donald* vs. *Murphy* and *Hartosder* vs. *Gregg*.

   *Sutton*, for plaintiff.   *I. Baldwin*, for defendant.